## STATEMENT OF FACTS

On Monday, November 4, 2024, at approximately 1:28 p.m., United States Park Police ("USPP") officers observed a black 2015 Mercedes sedan, bearing Maryland temporary tag # T2040494 (the "Mercedes"), that was failing to maintain its lane and traveling at approximately 70 miles per hour in a 45-mile per hour zone on the Suitland Parkway, in the vicinity of the Alabama Avenue SE on-ramp in the District of Columbia. USPP officers attempted a traffic stop of the Mercedes for failing to maintain its lane and speeding.

The Mercedes came to a stop on Suitland Parkway just east of the Southern Avenue underpass, approximately 0.2 miles from where USPP officers activated their emergency equipment. After the Mercedes stopped, officers observed the driver reach to his right side, toward the area of the front passenger's seat, two times.

The driver was the sole occupant of the Mercedes, and he was identified as WENDELL SMITH by his District of Columbia Driver's license. SMITH stated to officers, in sum and substance, that he apologized for speeding and that he had just purchased the vehicle. Officers observed that SMITH did not have any documents in his hands upon the officers' approach to the Mercedes, which arose officers' suspicion that the driver may have previously tried to conceal something when he reached to his right side.

Officers requested that SMITH step out of the vehicle. Officers observed an open bottle of alcohol, specifically, 750 ml bottle of Don Julio Tequila Reposado, 40% alcohol/volume, located in plain view on the rear passenger's seat of the Mercedes. In addition, a K-9 unit trained to detect the odor of controlled dangerous substances conducted a scan of the Mercedes and gave a positive indication for the presence of such substance(s) at the vehicle.

Officers then conducted a search of the Mercedes. During the search, law enforcement located a black backpack on the front passenger's seat (the area where SMITH was previously seen reaching) that contained items including, but not limited to, the following:

   a. a black Glock 27, .40 caliber firearm, bearing Serial No. RDV333, loaded with 13 rounds of .40 caliber ammunition in a 13-round capacity magazine;

   b. a black firearm holster;

   c. a Service Cleaners receipt for a customer named "SMITH, W," dated October 31, 2024; and

   d. a vehicle warranty Declaration Page for the Mercedes, with a Contract Purchase date of November 2, 2024, signed by "Wendell Smith."

In addition, law enforcement located a Maryland Temporary Registration Certificate for the Mercedes, registered to SMITH as the Owner, with a Date of Delivery of November 2, 2024. Law enforcement also located a bag on the front passenger's seat floorboard that contained approximately $77,000 of United States currency.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in or affected foreign or interstate commerce.

A criminal history check of SMITH through the National Crime Information Center (NCIC) revealed that SMITH was previously convicted of First-Degree Murder While Armed on February 13, 1990. SMITH was sentenced to 20 years to life imprisonment for this conviction.

Therefore, SMITH was aware at the time of his arrest in this case that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

Based on the above information, there is probable cause to believe that, on November 4, 2024, in the District of Columbia, WENDELL SMITH committed the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1).

_____
INVESTIGATOR MICHAEL LENTINE (#296)
UNITED STATES PARK POLICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of November, 2024.*

_____
MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE